Michael B. Wixom, Esq.
Nevada Bar No. 2812
Karl L. Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
kln@slwlaw.com

Attorneys for Defendant
PHH Mortgage Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER J. KACHNIK,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, A foreign limited liability company; and PHH MORTGAGE CORPORATION, A foreign corporation<br><br>Defendants. | Case No. 2:18-cv-01330-MMD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT PHH MORTGAGE CORPORATION TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to the stipulation of Plaintiff Christopher J. Kachnik ("Plaintiff") and Defendant PHH Mortgage Corporation ("PHH"), and LR IA 6-1, the parties hereby stipulate and jointly request, through their respective undersigned counsel, that PHH shall have a 15-day extension to answer or otherwise respond to the Complaint for Violations of the Fair Credit Reporting Act (ECF No. 1). Currently, PHH's response is due August 13, 2015. The parties request that PHH instead have up to and including August 28, 2018 to respond to the Complaint. This time is requested so that the parties can conduct further investigation of the claims. This is the first request for an

. . .

. . .

-1-

extension of PHH's deadline to respond to the Complaint.

Dated this 9th day of August, 2018.　　　　　Dated this 9th day of August, 2018.

SMITH LARSEN & WIXOM　　　　　　　　GESUD & PAILET, LLC

*/s/ Karl L. Nielson*　　　　　　　　　　　　　*/s/ Keren E. Gesund*
Michael B. Wixom, Esq.　　　　　　　　　　Keren E. Gesund, Esq.
Nevada Bar No. 2812　　　　　　　　　　　Nevada Bar No. 10881
Karl L. Nielson, Esq.　　　　　　　　　　　550 Painted Mirage Rd.
Nevada Bar No. 5082　　　　　　　　　　　Suite 320
1935 Village Center Circle　　　　　　　　Las Vegas, NV 89149
Las Vegas, NV 89134　　　　　　　　　　　Attorneys for Plaintiff
Attorneys for Defendant
PHH Mortgage Corporation

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: August 10, 2018

-2-