| | |
|---|---|
| 1 | **JASON G. REVZIN** |
| | Nevada Bar No. 8629 |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 3 | 6385 S. Rainbow Blvd., Suite 600 |
| | Las Vegas, Nevada 89118 |
| 4 | Telephone: (702) 893-3383 |
| | Facsimile: (702) 893-3789 |
| 5 | jason.revzin@lewisbrisbois.com |
| 6 | *Counsel for Trans Union LLC* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER KACHNIK, | Case No. 2:18-cv-01330-MMD-NJK |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| TRANSUNION, LLC and PHH MORTGAGE CORPORATION, | |
| Defendants. | |

Plaintiff Christopher Kachnik ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 20, 2018, Plaintiff filed his Complaint, and Trans Union was served with the same on July 23, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 13, 2018. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's claims, and Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. As well, the Parties are actively engaged in settlement discussions and the extra time will allow them to see if settlement at this early stage can be accomplished.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including August 28, 2018. This is the first

stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 10th day of August, 2018

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        */s/ Jason G. Revzin*
        Jason G. Revzin
        Nevada Bar No. 8629
        6385 S. Rainbow Blvd., Suite 600
        Las Vegas, Nevada 89118
        Telephone: (702) 893-3383
        Facsimile: (702) 893-3789
        Email: Jason.Revzin@lewisbrisbois.com
        *Counsel for Trans Union LLC*

        **GESUND & PAILET, LLC**

        */s/ Keren E. Gesund*
        Keren E. Gesund
        keren@gp-nola.com
        5550 Painted Mirage Rd, Suite 320
        Las Vegas, NV 89149
        (702) 300-1180
        (504) 265-9492 Fax
        *Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including August 28, 2018 is so ORDERED AND ADJUDGED.

Dated August 13, 2018.

                **UNITED STATES MAGISTRATE JUDGE**

4852-6262-8720.1

2